## WILSON v. HASTINGS LUMBER CO.

(Circuit Court, D. New Hampshire. September 5, 1900.)

No. 463.

JURISDICTION OF FEDERAL COURT—DIVERSITY OF CITIZENSHIP—CITIZENSHIP OF ADMINISTRATOR.

An appointment as administrator by a probate court of a citizen and resident of another state does not change his citizenship, so as to confer jurisdiction on a federal court, on the ground of diverse citizenship, of an action brought by him, as such administrator, against a citizen of the state where he resides.[1]

On Motion to Remand to State Court.

Crawford D. Herring, for plaintiff.
Chamberlain & Rich, for defendant.

ALDRICH, District Judge. Jurisdiction in a case like this results, if at all, from diverse citizenship of the parties. The defendant is a Maine corporation, and a citizen of that state; and the plaintiff is a resident and citizen of the same state, appointed as administrator in New Hampshire. The New Hampshire judge of probate, by appointing the plaintiff administrator of the estate in question, did not confer New Hampshire citizenship. Diverse citizenship is therefore wanting, and this court is without jurisdiction. The case is remanded.